UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Twana Anderson,  	Case No. 3:13-cv-145

        Plaintiff

  v.  	ORDER

Commissioner of Social Security
Administration,

        Defendant

       Pending before me is the November 22, 2013 Report and Recommendation (Doc. No. 17) by Magistrate Judge Kenneth S. McHargh in the above-captioned action. Under the relevant statute:

> Within fourteen (14) days after being served with a copy of these proposed Findings and Recommendations, any party who wishes to object must file and serve written objections or further appeal is waived.

*United States v. Campbell*, 261 F.3d 628 (6th Cir. 2001) (citation omitted); *see also* 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b)(2).

       On December 6, 2013, the Defendant filed a response to the Report and Recommendation indicating it had no objections therein. (Doc. No. 18).

       Following a review of the Magistrate Judge's Report and Recommendation and in the absence of any objections, I adopt the November 22, 2013 Report and Recommendation in its entirety. Accordingly, the decision of the Commissioner is vacated and the case remanded for the

ALJ to assess the opinions of Drs. Richardson and Strickland, and if, rejected, offer a proper basis for the weight assigned to them.

    So Ordered.

s/ Jeffrey J. Helmick<br>
United States District Judge